RECEIVED
JUL 30 2021
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

RECEIVED
JUL 23 2021
United States Marshals Service
District of Alaska

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case Number: 3:21-CR-00074-JMK-DMS |
| vs. | ) | |
| MICHAEL EDWARD ROZA | ) | |
| *Defendant* | ) | |

USMS - D/ALASKA - WARRANTS
FID # 11309437
WARRANT # 2106-0723-1102-J
Entered NCIC No
Entered APSIN _____

Removed NCIC _____
Removed APSIN _____

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* MICHAEL EDWARD ROZA ,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21:841(a)(1),(b)(1)(C) DISTRIBUTION OF HEROIN- Count 1; 21:841(a)(1),(b)(1)(B) DISTRIBUTION OF METHAMPHETAMINE- Count 2; 18:922(o) and 924(a)(2) POSSESSION OF A MACHINEGUN- Count 3; 26:5861(d) and 5871 POSSESSION OF UNREGISTERED NFA WEAPONS- Count 4

Date: July 22, 2021

By: s/Brenda Kappler, Deputy Clerk
*Issuing officer's signature*

City and state: Anchorage, Alaska

Brian D. Karth, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 07-23-2021, and the person was arrested on *(date)* 7/26/21
at *(city and state)* Kenai, AK .

Date: 7/29/21

*Arresting officer's signature*

H. Cameron Thurlor, DUSM
*Printed name and title*
for Jason Crump, ATF SA