Amanda Harber
49th State Law
PO Box 661
Soldotna, AK 99669
(907) 420-4290
amanda@49thstatelaw.com
Counsel for Defendant Michael Roza

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>Michael Roza,<br><br>           Defendant. | Case No. 3:21-CR-00074-001-JMK-DMS<br>**MOTION FOR DETENTION HEARING** |

Defendant Michael Roza, through counsel, Amanda Harber, appearing as a member of the Criminal Justice Act (CJA) panel, moves this Court for a detention hearing in this case to consider Mr. Roza's release plan.

Mr. Roza proposes that he be released on third party custody to James and Christine Roza, his parents. Mr. Roza has been charged and arraigned by the Kenai trial court, case number 3KN-21-00671 CR; the undersigned understands that both the state and federal cases involve similar allegations.

In the state case, the court appointed two third-party custodians: James and Christine Roza. Both of these individuals have been interviewed by the probation officer assigned to this matter, as has Mr. Roza. Mr. Roza proposes that he be released to the custody of James and Christine Roza. He will reside with them on 24 hour sight or sound supervision. While on third party custody, Mr. Roza would agree to testing for illegal substances and

any other conditions of release that are reasonably related to the above-captioned allegations.

The undersigned requests a bail hearing as soon as possible for the Court to consider Mr. Roza's release plan.

//

DATED at Soldotna, Alaska this 12th day of August, 2021.

Respectfully submitted,
*/s/ Amanda Harber*
Amanda Harber
49th State Law

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on August 12, 2021. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Amanda Harber*