Amanda Harber
49th State Law
PO BOX 661
Soldotna, AK 99669
(907) 420-4290
amanda@49thstatelaw.com

Counsel for Defendant Michael Roza

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | Case No. Case No. 3:21-CR-00074-001-JMK-DMS |
| --- | --- |
| Plaintiff, | **NON-OPPOSED MOTION FOR TELEPHONIC APPEARANCE OF COUNSEL AND PROPOSED THIRD PARTY CUSTODIANS** |
| vs. | |
| Michael Roza, | |
| Defendant. | |

Defendant Michael Roza, through counsel, Amanda Harber, appearing as a member of the CA panel, moves this court for permission for counsel and third party custodians. Additionally, counsel for Mr. Roza does not oppose Mr. Roza appearing telephonically, rather than in person, due to the recent COVID numbers, should the court wish to order that as well.

Assistant US Attorney Yunah Chung does not oppose this request.

DATED at Soldotna, Alaska this 18th day of August, 2021.

Respectfully submitted,
*/s/ Amanda Harber*
Amanda Harber
49th State Law

Certificate of Service:

I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on August 18, 2021. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.

*/s/ Amanda Harber*