Amanda J. Harber
49th State Law
PO Box 661
Soldotna, AK 99669
Phone: (907) 420 4290
Email:amanda@49thstatelaw.com

Counsel for Michael Roza

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | Case No. 3:21-CR-00074-001-JMK-DMS |
|---|---|
| Plaintiff, | |
| vs. | **EXPEDITED NON-OPPOSED MOTION FOR DEFENDANT AND COUNSEL TO APPEAR VIA VIDEO FOR CHANGE OF PLEA HEARING** |
| Michael Roza, | |
| Defendant. | |

Defendant Michael Roza, by his attorney, Amanda J. Harber, appearing as a member of the Criminal Justice Act (CJA) panel, moves this court to allow him to appear via video for the change of plea hearing currently set for September 15, 2022 at 9 a.m. Counsel and Mr. Roza both reside and work in the Kenai-Soldotna area.

AUSA Seth Brickey-Smith indicated via email that he does not oppose this motion.

DATED at Soldotna, Alaska this 7th day of September, 2022.

Respectfully submitted,
*/s/ Amanda J. Harber*
Amanda Harber
49th State Law, #1011119

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on September 7, 2022. All

participants in this case are registered CM/ECF users and
will be served by the district's CM/ECF system.
*/s/ Amanda J. Harber*